PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANPREET SINGH,<br><br>    Plaintiff,<br><br>    v.<br><br>UR JADDOU, ET AL.,<br><br>    Defendants. | CASE NO. 1:24-CV-01252-JLT-SKO<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME<br><br>(Doc. 8) |

The Defendants respectfully request a first extension of time in which to respond to the complaint, and counsel for Plaintiff does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending asylum application, which he filed in 2017. USCIS has scheduled Plaintiff's asylum interview for April 15, 2025. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS anticipates it will do so within 120 days following the successful complete of Plaintiff's asylum interview. In the event USCIS cancels or reschedules the interview on Plaintiff's application, the agency will endeavor to reschedule the interview within four weeks of the original date.

/ / /

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is August 13, 2025. The parties further request that all other filing deadlines be similarly extended, and that the initial status conference currently scheduled for January 28, 2025, be vacated and reset.

Respectfully submitted,

Dated:  December 12, 2024

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

Dated: December 12, 2024

/s/ JESSICA T. ARENA
Jessica T. Arena
Counsel for Plaintiff

## ORDER

Based on the foregoing stipulation of the parties (Doc. 8), and for good cause shown, it is hereby ORDERED that:

1. Defendants SHALL respond to the complaint by no later than August 13, 2025; and

2. The Initial Scheduling Conference, currently set for January 28, 2025, is **CONTINUED to September 30, 2025, at 9:30 a.m**. before Magistrate Judge Sheila K. Oberto. The parties SHALL file their joint scheduling report 7 days prior to the conference.

IT IS SO ORDERED.

Dated:  **December 13, 2024**             /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE